FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ SEP 2 6 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JUAN ROMERO,

        Plaintiff,

 -against-

NEW YORK CITY POLICE DEPARTMENT,

        Defendant.

-------------------------------------------------------------------X

**ORDER**

**11-CV-2238 (NGG) (LB)**

NICHOLAS G. GARAUFIS, United States District Judge.

  Plaintiff Juan Romero, pro se, brought suit against the New York City Police Department for alleged violations of Title VII of the Civil Rights of 1964, as amended, 42 U.S.C. § 2000e et seq. (Compl. (Docket Entry # 1).) Defendant filed an Answer (docket entry # 8) and the case proceeded to discovery under the supervision of Magistrate Judge Lois Bloom (see Aug. 18, 2011 Order (Docket Entry # 9)). Judge Bloom ordered the parties to appear for a conference on August 7, 2012. (Docket Entry # 18.) Defendant's counsel appeared, but Plaintiff failed to do so. (Aug. 7, 2012 Minute Entry (Docket Entry # 19).) Judge Bloom ordered Plaintiff to show cause for his absence, ordered the parties to appear for an additional conference, and warned Plaintiff that failure to appear would lead to a recommendation that Plaintiff's case be dismissed for failure to prosecute. (Aug. 8, 2012 Order (Docket Entry # 20).) Plaintiff failed to appear at the second conference (Aug. 22, 2012 Minute Entry (Docket Entry # 22)), and Judge Bloom has issued a Report and Recommendation ("R&R") recommending that Plaintiff's case be dismissed for failure to prosecute (R&R (Docket Entry # 23)).

  No party has objected to Judge Bloom's R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Accordingly, the court reviews Judge Bloom's R&R for clear error. Cf. 28

1

U.S.C. § 636(b)(1). Having reviewed Judge Bloom's R&R, the court finds no clear error and adopts it in its entirety. See Porter v. Potter, 219 F. App'x 112 (2d Cir. 2007). Accordingly, the court dismisses Plaintiff's case for failure to prosecute. The Clerk of Court is ordered to close this case.

SO ORDERED.

Dated: Brooklyn, New York
      September 25, 2012

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge